JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EVERARDO BOGARIN, JR., <br>     Plaintiff, <br>     v. <br> ANDREW SAUL, <br> Commissioner of Social Security, <br>     Defendant. | No. 2:20-cv-03910-PVC <br><br> **JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand") lodged concurrent with the lodging of the within Judgment of Remand.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED:  January 22, 2021

                                   HON. PEDRO V. CASTILLO
                                   UNITED STATES MAGISTRATE JUDGE